SACRO & WALKER LLP
701 N. Brand Boulevard, Suite 800
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation, | Case No. 2:18-cv-02729-TLN-AC |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| vs. | |
| ROGER JOHNSTON, an individual; KIRK JOHNSTON, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

For the reasons set forth in the Request to Seal Documents filed on November 7, 2018 by United States Liability Insurance Company ("USLI"), good cause appearing,

IT IS HEREBY ORDERED THAT:

1. USLI's request to seal documents is GRANTED;

2. The Clerk of Court is DIRECTED to file **under seal**, as of the submission date, the following documents:

   (A) Exhibit B to the Complaint in this action filed by USLI on October 9, 2018; and

   (B) Exhibit C to the Complaint in this action filed by USLI on October 9, 2018.

**IT IS SO ORDERED.**

Dated: November 8, 2018

Troy L. Nunley
United States District Judge