Jennifer Yu Sacro, SBN: 208988
E-Mail: jsacro@sacrowalker.com
Richard D. Bremer, SBN: 199019
E-Mail: rbremer@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff
UNITED STATES LIABILITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER JOHNSTON, an individual; KIRK JOHNSTON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02729-TLN-AC<br><br>**STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY DEADLINES** |

**STIPULATION**

WHEREAS the written discovery and non-expert deposition deadlines set by this Court's Initial Pretrial Scheduling Order are approaching, and the Court has not yet ruled on plaintiff UNITED STATES LIABILITY INSURANCE COMPANY's ("USLI") USLI's pending motion for summary judgment, which is fully briefed and was taken under submission on January 4, 2019; and

WHEREAS the Court's ruling, to the extent the motion is denied, will impact the scope and extent to which each party will require discovery.

THEREFORE it is stipulated between USLI and defendants ROGER JOHNSTON and KIRK JOHNSTON that all discovery (with the exception of expert discovery) and non-expert depositions, which are presently due 240 days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure, shall be completed within 90 days of this Court's ruling on USLI's motion.

This document is being electronically filed through the Court's electronic filing system. In this regard, counsel for USLI hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) counsel for all other parties have concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: July 10, 2019            SACRO & WALKER LLP

                                By  */s/ Richard D. Bremer*
                                    Jennifer Yu Sacro
                                    Richard D. Bremer
                                Attorneys for Plaintiff UNITED STATES
                                LIABILITY INSURANCE COMPANY

| | | |
|---|---|---|
| DATED: July 10, 2019 | | FARMER SMITH & LANE, LLP |

By   */s/ Blane A. Smith*
    Blane A. Smith
Attorneys for Defendants ROGER
JOHNSTON and KIRK JOHNSTON

**ORDER**

**IT IS SO ORDERED.**

DATED: July 11, 2019

_____
Troy L. Nunley
United States District Judge